UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 4:18-cv-10150-KMM

MARK PFEFFER, *et al.*,

      Plaintiffs,

v.

CARMAR TRANSP., INC., *et al.*,

      Defendants.

                                                                        /

## ORDER ON REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon Plaintiffs Mark Pfeffer, Vladimir Tsitlidze, Sergio Dominguez, Timothy Ostrom, George Valdez, and Laura Marzano's ("Plaintiffs") Motion for Consent Judgment Pursuant to Settlement Agreement. ("Mot.") (ECF No. 53). The Court referred the matter to the Honorable Jacqueline Becerra, United States Magistrate Judge, who issued a Report and Recommendation recommending that the Motion be DENIED. ("R&R") (ECF No. 58). Plaintiffs did not file objections and the time to do so has passed. The matter is now ripe for review. As set forth below, the Court ADOPTS the R&R.[1]

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

On September 25, 2019, the Court entered a Paperless Order approving Plaintiffs' Renewed Unopposed Motion to Approve Settlement and Dismiss with Prejudice. ("Settlement Agreement") (ECF No. 52). Therein, the Court found that the Settlement Agreement was fair and

---

[1] The Court adopts the R&R with the following alterations: on page four, line eighteen, the citation should read "*Id.* at 378–79"; and on page four, line nineteen, the citation should read "*Id.* at 376–77."

reasonable. *Id.* On April 15, 2020, Plaintiffs filed the instant Motion requesting that the Court enter an order enforcing the Settlement Agreement, enter a Final Default Judgment against both Defendants, jointly and severally, and award attorneys' fees and costs. Mot. at 1–2.

As set forth in the R&R, Magistrate Judge Becerra finds that the Court does not have jurisdiction to enforce the Parties' Settlement Agreement. R&R at 4–5. Specifically, Magistrate Judge Becerra finds that the Court's Order approving the Parties' Settlement Agreement did not retain jurisdiction. *Id.* at 5. Magistrate Judge Becerra acknowledges that, in the absence of an independent basis to assert federal jurisdiction, only state courts have jurisdiction to enforce the terms of settlement agreements. *Id.* Accordingly, Magistrate Judge Becerra recommends that the Motion be denied. *Id.* This Court agrees.

Accordingly, UPON CONSIDERATION of the Motion, the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Magistrate Judge Becerra's R&R (ECF No. 58) is ADOPTED and Plaintiffs' Motion for Consent Judgment Pursuant to Settlement Agreement (ECF No. 53) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this  3rd  day of November, 2020.

                                                K. MICHAEL MOORE
                                                CHIEF UNITED STATES DISTRICT JUDGE

c: All counsel of record